# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 07/22/20    Time: 11:00 am

Defendant: Cesar P. Saiz (J)   J#: _____   Case #: 20-6291-Hunt

AUSA: Scott Strauss   Attorney: _____

Violation: Treat to kill the president of the United States

Proceeding: Initial Appearance   CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: PTD

Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services, Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition: All parties present. Deft advised of his rights and charges. Deft sworn for counsel - FPO appointed. Jim here in court (Zoom). Deft consent to appear by video or audio.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: 7/28/20  10:30 Am  Hunt  FTL
Prelim/Arraign or Removal: 7/28/20  10:30 Am  Hunt  FTL
Status Conference RE: _____

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justi[ce] served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 12:22:31   Time in Court: 15 min

Page: _____